# Court of Appeals
# of the State of Georgia

ATLANTA,  August 24, 2017

*The Court of Appeals hereby passes the following order:*

**A18A0063.  ROBERT L. MERIWETHER v. THE STATE.**

In 1999, Robert L. Meriwether was convicted of kidnapping with bodily harm, aggravated assault, battery, and possession of a weapon during the commission of a crime, for which he was sentenced to life imprisonment. His convictions were affirmed on appeal in an unpublished opinion.  See *Meriwether v. State*, Case. No. A01A2134 (decided December 7, 2001).  After filing numerous motions over the years, Meriwether filed an extraordinary motion for new trial, which the trial court denied.   Meriwether then filed this direct appeal.  We, however, lack jurisdiction.

An order denying an extraordinary motion for a new trial must be appealed by application for discretionary appeal. See OCGA § 5-6-35 (a) (7); *Balkcom v. State*, 227 Ga. App. 327, 329 (489 SE2d 129) (1997).  Accordingly, we lack jurisdiction over this direct appeal, which is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  08/24/2017*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*